# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DBEST PRODUCTS, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>WUHAN ZHIDAN NETWORK TECH. COMPANY<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−04615−RGK−AS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   6/2/25   |   10; 11   |         Request for Summons         |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons.

Summons is not directed to the defendant(s). The defendant's name must appear in the "To:" section of the summons.

*Other Error(s):*

1) CAPTION OF THE SUMMONS DOES NOT MATCH THE COMPLAINT: a) both plaintiff and defendant MISSING identifying description as reflected in complaint caption: plaintiff missing "a California corporation" and defendant Missing "a Chinese company". 2) IN THE TO: AREA of both summons requests the NAMED "defendant" is NOT THE SAME as the Only one named defendant on the Complaint: no. 10 names: Wuhan Lanzhi Network Technology co., Ltd....NOT A NAMED DEFENDANT ON THIS CASE. Request no. 11 names Wuhan Zhidan Network Technology Company...NOT A NAMED DEFENDANT ON THE CASE. 3) CAPTION ON BOTH SUMMONS REQUEST names the defendant as Wuhan Zhidan Network Technology Company ..HOWEVER THE COMPLAINT CAPTION names

defendant as "WUHAN ZHIDAN NETWORK TECH. COMPANY" as well named in the Body Text of the complaint

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: June 3, 2025   By: /s/ Linda Chai  Linda_Chai@cacd.uscourts.gov
Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −